IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FORREST COX,

           Petitioner,

vs.

ROB JEFFREYS,

           Respondent.

8:23CV423

**ORDER**

This matter is before the Court for case management. In the Court's previous order granting the parties' Amended Joint Motion for Case Progression Order and progressing this case, Petitioner was ordered to file and serve a brief no later than 30 days after Respondent's answer and brief were filed. *See* Filing No. 18. Respondent filed an answer, Filing No. 23, and brief, Filing No. 24, on December 23, 2024. Petitioner's brief was due on January 22, 2025, and has not been filed with the Court. Accordingly,

IT IS ORDERED that:

1. Counsel for Petitioner shall have until **February 18, 2025**, to show cause for his failure to timely file a brief on behalf of Petitioner and why this matter should not be considered ripe for disposition on the existing pleadings and records before the Court.

2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **February 18, 2025**: deadline for Petitioner's counsel to show cause.

Dated this 4th day of February, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge