IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FORREST COX,

           Petitioner,

vs.

ROB JEFFREYS,

           Respondent.

**8:23CV423**

**ORDER**

This matter is before the Court on Petitioner's counsel's response, Filing No. 27, to the Court's February 4, 2025, order to show cause for his failure to timely file a brief on Petitioner's behalf, Filing No. 26. Counsel indicates he failed to properly calendar the brief deadline and requests leave to file a brief out of time. Upon consideration,

IT IS ORDERED that:

1. For good cause shown and in the interests of justice, counsel for Petitioner shall have until **February 27, 2025**, to file and serve a brief in response to Respondent's answer and brief.

2. No later than 30 days after Petitioner's brief is filed, Respondent must file and serve a reply brief or a notice of case submission if Respondent elects not to file a reply brief.

2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **February 27, 2025**: deadline for Petitioner's brief.

Dated this 20th day of February, 2025.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge